# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: MERIDIAN MEDICAL SYSTEMS, LLC,<br><br>        DEBTOR<br>_____<br>KENNETH CARR AND APPLIED THERMOLOGIC, LLC,<br><br>        APPELLANTS<br><br>v.<br><br>JEFFREY CARR AND ROBERT ALLISON,<br><br>        APPELLEES<br><br>v.<br><br>MERIDIAN MEDICAL SYSTEMS, LLC,<br><br>        APPELLEE | CHAPTER 11<br>BK. CASE NO. 15-20640 PGC<br><br>ADVERSARY CASE NO. 15-2028<br><br><br><br><br><br><br>CIVIL NO. 2:16-CV-38-DBH |

## ORDER FOR PREPARATION OF HEARING TRANSCRIPT

Before I rule on the motion for leave to appeal, the appellant Kenneth Carr shall arrange for preparation of a transcript of the hearing before Bankruptcy Judge Cary on November 17, 2015, referred to in Judge Cary's Order Denying Motion to Abstain and Remand of December 9, 2015. The transcript shall be filed on the ECF docket in this Court.

    SO ORDERED.

    DATED THIS 26TH DAY OF APRIL, 2016

                                        /S/ D. BROCK HORNBY
                                        D. BROCK HORNBY
                                        UNITED STATES DISTRICT JUDGE